THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| LAWRENCE LOUIS CIMATO, | : | CASE NO. 5:16-bk-03969-RNO |
| | : | |
| Debtor | : | CHAPTER 7 |
| | : | |
| ANDREW R. VARA | : | |
| UNITED STATES TRUSTEE | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| LAWRENCE LOUIS CIMATO | : | |
| Respondent | : | |

## MOTION OF THE UNITED STATES TRUSTEE TO REOPEN CASE

NOW COMES, the United States Trustee ("UST"), through undersigned counsel, and moves to reopen this case. In support of this motion, the United States Trustee avers as follows:

1. The United States Trustee brings this Motion to Reopen pursuant to 11 U.S.C. § 350(b) and F.R.B.P. 5010, together with 28 U.S.C. § 586 and 11 U.S.C. § 307.

2. Debtor in this matter is Lawrence Louis Cimato.

3. On September 23, 2016, Debtor filed a voluntary petition for bankruptcy relief under Chapter 7 of the Bankruptcy Code. Docket Entry Number[1] 1.

4. John J. Martin, Esquire was appointed as the Chapter 7 Trustee on the same date. Doc. No. 4.

5. Trustee Martin filed a report of no distribution on November 3, 2016. Doc. No. 12.

---

[1] Hereinafter "Doc. No."

6. The Debtor received his discharge and a Final Decree was entered on January 6, 2017. Doc. Nos. 14 and 15.

7. The UST has received information that Debtor is a participant in a product liability/ personal injury lawsuit that was not disclosed in Debtor's schedules and statements, and that there may be proceeds attributable to the bankruptcy estate to administer, based upon a $78,000 settlement of the above-referenced lawsuit.

8. The UST respectfully requests that the Court reopen this case for cause and determine that the appointment of a trustee is necessary to protect the interests of creditors by investigating the circumstances described above, pursuant to 11 U.S.C. §350 (b) and F.R.B.P 5010.

WHEREFORE, for the reasons stated above, the United States Trustee respectfully requests that this Court reopen the captioned case and determine that the appointment of a trustee is necessary.

                Respectfully Submitted,

                ANDREW R. VARA
                UNITED STATES TRUSTEE
                REGIONS 3 AND 9

By:   /s D. Troy Sellars
       D. Troy Sellars, Esquire
       Trial Attorney
       United States Department of Justice
       Office of the United States Trustee
       228 Walnut Street, Suite 1190
       Harrisburg, PA 17101
       Tel. (717) 221-4515/Fax (717) 221-4554
       Bar I.D. #210302
       Email: D.Troy.Sellars@usdoj.gov

Dated: July 24, 2020